AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Paul Salgado and Kevin Taylor ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| Sgt. Blackwell, Major Susan Prentice, Lt. Taylor, et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Paul Salgado and Kevin Taylor                                                                            .

Date:   04/17/2019                                           /s/ Gregory E. Kulis
                                                                      *Attorney's signature*

                                                          Gregory E. Kulis 6180966
                                                          *Printed name and bar number*
                                                          Gregory E. Kulis & Associates, Ltd.
                                                          30 N. LaSalle St, Suite 2140
                                                          Chicago, IL 60602

                                                                      *Address*

                                                          gkulis@kulislawltd.com
                                                                *E-mail address*

                                                          (312) 850-1830
                                                                *Telephone number*

                                                          (312) 580-1839
                                                                *FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

Paul Salgado and Kevin Taylor           )
　　　　　*Plaintiff*                    )
　　　　　v.                             )    Case No.
Sgt. Blackwell, Major Susan Prentice, Lt. Taylor, et al  )
　　　　　*Defendant*                    )

## CERTIFICATE OF SERVICE

I certify that on  04/17/2019  , I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

All Attorneys of Record,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

All Defendants with Notice of Lawsuit and Waivers of Service.

/s/ Gregory E. Kulis
*Attorney's signature*

Gregory E. Kulis 6180966
*Printed name and bar number*

Gregory E. Kulis & Associates, Ltd.
30 N. LaSalle St, Suite 2140
Chicago, IL 60602
*Address*

gkulis@kulislawltd.com
*E-mail address*

(312) 850-1830
*Telephone number*

(312) 580-1839
*Fax number*